IN THE COMMONWEALTH COURT OF PENNSYLVANIA


Wyeth Pharmaceuticals, Inc., a : 
Delaware Corporation, successor :
to Wyeth Laboratories Inc., a :
New York Corporation, :
                Appellant :
                 :
         v. :
                 :
Borough of West Chester :
and Pfizer Inc. : No. 2116 C.D. 2014


**O R D E R**


NOW, December 28, 2015, having considered appellee's application

for reargument *en banc* and appellant's response thereto, the application is denied.


_____
DAN PELLEGRINI
President Judge